JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAURICE MARLOW WOOLEY, | No. ED CV 08-00641-DDP (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: January 29, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE